This is to advise that on November 14, 2012

Chief Judge Donald C. Pogue

Issued CONFIDENTIAL Slip Op. 12-135

In action

Ct. No. 10-00180

Jiangsu Changbao Steel Tube Co., Ltd., et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

TMK IPSCO et al.,
(Defendant-Intervenors.)